**Fill in this information to identify the case:**

Debtor name      US&A, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)   26-60582-PMB

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■  Amended *Schedule*    Sched. E/F; Sum. of Assets & Liabilities
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June  9, 2026         **X** /s/ Joseph Bradley
                                     Signature of individual signing on behalf of debtor

                                     Joseph Bradley
                                     Printed name

                                     President
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    US&A, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA

Case number (if known)    26-60582-PMB

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*................................................................................................    $    0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*............................................................................................    $    307,502.30

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..............................................................................................    $    307,502.30

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    3,079,765.04

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    693,327.21

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b    $    3,773,092.25

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

**In re:** US&A, LLC                                    **Chapter** 7

                                                       **Case No** 26-60582-PMB


        **Debtor(s).**

## CERTIFICATION REGARDING AMENDED SCHEDULES OR STATEMENTS


        On  6/9/2026 , the Debtor(s) filed amended schedules or statements (check the applicable box below):

☒  These amended schedules or statements do not list any creditors or parties not listed on the matrix originally filed with the petition in this case.

☐  These amended schedules or statements do add creditors but the creditors are listed on the mailing matrix previously filed with this Court. I have paid the related filing fee for adding these creditors.  As of the date of this certification the mailing matrix in this case includes all creditors listed on the bankruptcy schedules, as amended.

☐  These amended schedules or statements do add creditors, and the creditors were not listed on the mailing matrix previously filed with this Court. Accordingly I have taken the following actions: (a) I have updated the mailing matrix to add all creditors not previously listed on the mailing matrix, and as of the date of this certification the mailing matrix in this case includes all creditors listed on the bankruptcy schedules, as amended, (b) I have paid the related filing fee for adding these creditors, and (c) on            , I sent the Notice of Bankruptcy and §341 (a) creditors' meeting notice to the following creditors in the manner described as follows (add extra pages if necessary): By first class mail, postage prepaid on the following:


I hereby certify that the foregoing is true and correct.

Date:  6/9/2026                          /s/ Haley K. Magel
                                         Counsel for Debtor(s)


I hereby certify under penalty of perjury that the foregoing is true and correct.


_____          _____
Debtor (if applicable)               Joint Debtor (if applicable)


CertAmdScheds010819              Page 1 of 1