**UNITED STATES BANKRUPTCY COURT**
**For The Western District of Virginia**

| | |
|---|---|
| In re: US&A, LLC | **CASE NO. 26–60582** |
| **Debtor(s)** | **CHAPTER 7** |

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, it appears that assets may be recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address below on or before

**DEADLINE for creditors other than governmental units:  9/22/26**

**DEADLINE for governmental units, if applicable:  11/2/26**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor(s)' estate.

The proof of claim form can be found on the court's website, www.vawb.uscourts.gov. It may be filed by regular mail or by going to the court's website located at www.vawb.uscourts.gov, there you can file and print a copy of your proof of claim. We strongly encourage you to use our website to file, but it you wish to use regular mail and receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing the proof of claim. Proofs of claim filed by mail are to be filed with the United States Bankruptcy Court at the address listed below and to the left and a copy must be sent to the case trustee listed below to the right:

210 Church Ave, Room 200
Roanoke, VA 24011
540–857–2391

Hannah W. Hutman(436156)
Hoover Penrod
342 S. Main Street
Harrisonburg, VA 22801

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Service of a copy of this Notice shall be by mail to the debtor(s), attorney for the debtor(s), trustee, and all creditors and parties in interest.

FOR THE COURT
James W. Reynolds, Clerk
210 Church Ave, Room 200
Roanoke, VA 24011
540–857–2391

Entered: 6/24/26

dis02.jsp

United States Bankruptcy Court

Western District of Virginia

In re:
US&A, LLC

    Debtor

Case No. 26-60582-pmb

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0423-6      User: admin      Page 1 of 3

Date Rcvd: Jun 24, 2026      Form ID: noa      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | US&A, LLC, 1207 Belmar Drive, Belcamp, MD 21017-1206 |
| 5413239 | + | AISEMANTICS, 350 BEARS LN UNIT B, DRIFTWOOD TX 78619-9122 |
| 5423562 | + | Alaska Geographic, 3400 Spenard Rd, Suite 106, Anchorage, AK 99503-3738 |
| 5413241 | + | BELMAR HOLDINGS LLC, 1207 BELMAR DRIVE, BELCAMP MD 21017-1206 |
| 5413255 | | CHAD MILLER, 4215 CHAMBERLAIN WAY, SAINT CLOUD FL 34771 |
| 5413242 | + | CLARION EVENTS INC., 6 RESEARCH DRIVE STE. 350, SHELTON CT 06484-6297 |
| 5413243 | + | COLORTONE, 6531 NW 18TH CT, FORT LAUDERDALE FL 33313-4520 |
| 5413244 | | COLUMBIA CONTAINER, 4311 ERDMAN AVE, BOSTON MA 02121-3000 |
| 5413246 | + | CYBERSOURCE CORPORATION, 900 METRO CENTER BOULEVARD, SAN MATEO CA 94404-2172 |
| 5423561 | + | Cherry Blossom, Inc., 4963 Elm St, Suite 106, Bethesda, MD 20814-7907 |
| 5413249 | + | GOTTLIEB BRANDON, 1803 WOODHOME DRIVE, BEL AIR MD 21015-2007 |
| 5413250 | | HARTFORD COUNTY MARYLAND DEPT. OF TREASURY, PO BOX 64069, BALTIMORE MD 21264-4069 |
| 5413252 | + | JESSY DICKENS DESIGN & ILLUSTRATION, 1820 W. KENTUCKY AVENUE, DENVER CO 80223-2506 |
| 5413253 | | LARRY WOLF & ASSOCIATES, 8351 CLINTON STREET, DEPEW NY 14043 |
| 5413254 | + | MADEIRA, 344 HOUNSELL AVE, GILFORD NH 03249-7922 |
| 5413256 | + | MILLTEX SPORTSWEAR CORP, 600 RIVERWALK PKWY SUITE 100, TONAWANDA NY 14150-5829 |
| 5413257 | + | NOVALERA INC., 1303 ENTERPRISE CT SUITE C, BEL AIR MD 21014-1847 |
| 5413258 | + | ORACLE AMERICA INC., 15612 COLLECTIONS CENTER DRIVE, CHICAGO IL 60693-0001 |
| 5413259 | + | ORRSTOWN BANK, 4750 LINDLE ROAD, HARRISBURG PA 17111-2428 |
| 5414223 | + | Orrstown Bank, C/o Stephen Nichols, Esq., OFFIT KURMAN, PC, 7501 Wisconsin Ave, Suite 1000W, Bethesda, MD 20814-6604 |
| 5414221 | + | Orrstown Bank, C/o Stephen A. Metz, Esq., OFFIT KURMAN, PC, 7501 Wisconsin Ave, Suite 1000W, Bethesda, MD 20814-6604 |
| 5414222 | + | Orrstown Bank, C/o Frances C. Wilburn, Esq., OFFIT KURMAN, PC, 7501 Wisconsin Ave, Suite 1000W, Bethesda, MD 20814-6604 |
| 5413260 | + | PESSIN KATZ LAW P.A., 4690 MILLENNIUM DRIVE SUITE 200, BELCAMP MD 21017-1525 |
| 5413262 | + | RS&F, 405 YORK ROAD, TOWSON MD 21204-5124 |
| 5413263 | + | S&S ACTIVEWEAR FKA ALPHABRODER, 220 REMINGTON BLVD, BOLINGBROOK IL 60440-3509 |
| 5413264 | + | SOUTHPRINT INC., 545 HOLLIE DR, MARTINSVILLE VA 24112-1386 |
| 5413266 | + | THOMPSON SCREEN PRINTS, 712 PALMER ROAD, ROCKWELL NC 28138-8578 |
| 5413267 | | TRA, 825 ELM STREET, ELM GROVE WI 53122-0825 |
| 5413268 | + | TRAUB DANNY, 10340 LAKE VISTA CT, POMPANO BEACH FL 33076-4139 |
| 5413269 | #+ | WALTERS AND ASSOCIATES PA, 1212 E CHURCHVILLE RD SUITE 303, BEL AIR MD 21014-3479 |
| 5413270 | + | WASHINGTON STATE DEPT LABOR & INDUS, PO BOX 24106, SEATTLE WA 98124-0106 |
| 5413272 | + | YORKTOWNE APPAREL COMPANY, 201 GATEWAY DRIVE, BEL AIR MD 21014-4247 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5413240 | + | Email/Text: dshumaker@beaconfunding.com | Jun 24 2026 21:34:00 | BEACON FUNDING CORPORATION, 3400 DUNDEE ROAD SUITE 180, NORTHBROOK IL 60062-2367 |

District/off: 0423-6 | User: admin | Page 2 of 3
Date Rcvd: Jun 24, 2026 | Form ID: noa | Total Noticed: 38

| 5413245 | + EDI: COMCASTCBLCENT | Jun 25 2026 01:32:00 | COMCAST, 1701 JFK BOULEVARD, PHILADELPHIA PA 19103-2899 |
| 5413247 | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jun 24 2026 21:34:00 | DELAGE LANDON FINANCIAL SERVICES I, PO BOX 41602, PHILADELPHIA PA 19101-1602 |
| 5413261 | ^ MEBN | Jun 24 2026 21:32:17 | REPUBLIC SERVICES, PO BOX 9001099, LOUISVILLE KY 40290-1099 |
| 5413265 | EDI: WADEPREV.COM | Jun 25 2026 01:32:00 | STATE OF WASHINGTON DEPT. OF REVENUE, PO BOX 47464, OLYMPIA WA 98504-7464 |
| 5413271 | ^ MEBN | Jun 24 2026 21:32:28 | XEROX FINANCIAL SERVICES, PO BOX 202882, DALLAS TX 75320-2882 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Orrstown Bank |
| 5413248 | ##+ | FLATWORKS DISPLAYS, 1805 SOMERSET AVE, CARDIFF BY THE SEA CA 92007-1651 |
| 5413251 | ##+ | HIRSCH SOLUTIONS, 490 WHEELER ROAD SUITE 285, HAUPPAUGE NY 11788-4367 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Haley Kristen Magel | on behalf of Debtor US&A  LLC haley.magel@kutakrock.com, lynda.wood@kuktakrock.com;amanda.roberts@kutakrock.com;charisse.matthews@kutarock.com |
| Hannah W. Hutman(436156) | on behalf of Trustee Hannah W. Hutman(436156) hhutman@hooverpenrod.com  VA47@ecfcbis.com;jwhite@hooverpenrod.com |
| Hannah W. Hutman(436156) | hhutman@hooverpenrod.com  VA47@ecfcbis.com;jwhite@hooverpenrod.com |
| Peter Barrett | on behalf of Debtor US&A  LLC peter.barrett@kutakrock.com, amanda.nugent@kutakrock.com;lynda.wood@kutakrock.com |
| Stephen A. Metz | on behalf of Creditor Orrstown Bank smetz@offitkurman.com  mmargulies@offitkurman.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

District/off: 0423-6                                    User: admin                                              Page 3 of 3
Date Rcvd: Jun 24, 2026                              Form ID: noa                                         Total Noticed: 38
TOTAL: 6