**SIGNED THIS 18th day of August, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

In re: US&A, LLC
*dba Sourvenir & Apparel*
*dba United Lifestyle Brands*

Debtor,

Case No.: 26-60582
Chapter 7

BEACON FUNDING CORPORATION

Movant,

v.

US&A, LLC

Respondent

and

HANNAH W. HUTMAN, TRUSTEE

Respondent

**<u>DEFAULT ORDER</u>**

THIS CAUSE upon the Motion for Relief from the Automatic Stay filed herein by Beacon Funding Corporation ("Beacon");

WHEREUPON, it appearing to the Court that the Debtor is in default on payments under the Lease Agreement relative to various equipment leased by the Debtor;

WHEREUPON, it appearing to the Court that the Debtor, after receiving proper service and notice of the Pre-Hearing Order, failed to file an Answer, it is therefore,

**ORDERED** that Beacon is granted relief from the automatic stay of the Bankruptcy Code with respect to the following equipment:

## Schedule A

The Equipment shall consist of the following:
1207 Belmar Dr Belcamp, Maryland 21017
- (1)2022 Tajima TMAR-K1508C/360 WCT:TYPE 2 8 Head / 15 Needle Embroidery Machine with New Cap Driver with Support Shaft, (16 each): 12cm, 15cm, 18cm, 338mm x 338mm Standard Tubular Frames, (1) WideCap Frame System with (16) Cap Frames, (16) Jacketback Frames, (4) P-LANMCLIC M-Series Machine Lan License:Existing Devices
- (1)2022 Engineered Printing Solutions KP 08 3C RRR 3 Color Printer with (3) 130mm Diameter Sealed Cups, Magentic w/Ceramic Rings, (3) 150x300mm X-Y-R Axis Adjustable Cliche Supports on Pedestal Bases, (1) Fixture Support Table, (1) 3-Station Pneumatic Pad Shuttle with (3) Suitable Pads and Machine Dovetail-Style Pad Holders, (1) Heavy Duty Extruded Machine Stand, (1) In-Line Hot-Air Dry-Assist, Standard Accessories and Manuals
- (1)2022 Engineered Printing Solutions KP 08 3C RRR 3 Color Printer with (3) 130mm Diameter Sealed Cups, Magentic w/Ceramic Rings, (3) 150x300mm X-Y-R Axis Adjustable Cliche Supports on Pedestal Bases, (1) Fixture Support Table, (1) 3-Station Pneumatic Pad Shuttle with (3) Suitable Pads and Machine Dovetail-Style Pad Holders, (1) Heavy Duty Extruded Machine Stand, (1) In-Line Hot-Air Dry-Assist, Standard Accessories and Manuals and all crating

It is further ORDERED that the fourteen (14) day period provided for in Rule 4001(a)(4) of the Bankruptcy Rules be, and hereby is, waived, and such relief from stay shall become effective immediately upon entry of this Order;

A copy of this Order shall be sent by the Clerk to Carl A. Eason, Esquire, 4417 Corporation Lane, Suite 400, Virginia Beach, Virginia 23462, counsel for Beacon; who, pursuant to Local Rule 9072-1, shall mail copies of the entered Order to Peter J. Barrett, 1021 East Cary Street, Suite 810, Richmond, VA 23219, counsel for Debtor, to Hannah W. Hutman, Esquire, Hoover Penrod, 342 S. Main Street, Harrisonburg, VA 22801, and to US&A, LLC at 1207 Belmar Drive, Belcamp, MD 21017.

**END OF ORDER**

I ask for this:

/s/ Carl A. Eason

Carl A. Eason, Esquire
Counsel for Beacon
Wolcott Rivers Gates
4417 Corporation Lane, Suite 400
Virginia Beach, Virginia 23462
bankruptcy@wolriv.com
(757) 497-6633
VSB# 18636

Seen:

/s/ Hannah W. Hutman (with permission on 8/17/26)

Hannah W. Hutman, Chapter 7 Trustee
Hoover Penrod
342 S. Main Street
Harrisonburg, VA 22801
(540) 433-2444